

Erik M. Bashian, Esq.
T: (516) 279-1554
F: (516) 213-0339
eb@bashpaplaw.com

*Admitted to Practice in New York and New Jersey

VIA CM/ECF Only

November 24, 2020

U.S. District Judge Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, New York 10007



**Re:** *Mercer v. Jerilin Properties, Inc.*, **Case No. 1:20-cv-7597-KPF**

Dear District Judge Katherine Polk Failla:

    We represent the Plaintiff Stacey Mercer ("Plaintiff") in connection with the above-referenced action. An Initial Conference is currently scheduled in this matter for December 18, 2020 at 3:00 p.m. We write to request an adjournment of the Initial Conference in that we recently amended the complaint and have it out for service on the defendant. As a result, we are hopeful that a defendant will appear so that we can fulfill our obligations for a meet and confer, and have a fruitful Initial Conference. This is our first request for an adjournment of the conference. Our request will not prejudice any of the parties or affect any other scheduled dates since the defendant has not yet appeared in this action. Accordingly, it is respectfully requested that Your Honor reschedule the conference and all of its deadlines to a date of its convenience or to a date in mid-January.

    We thank this Honorable Court for its time and consideration in this matter.

Respectfully submitted,

BASHIAN & PAPANTONIOU, P.C.

*/s/ Erik M. Bashian*

_____
Erik M. Bashian, Esq.

cc:    Jerilin Properties, Inc. *(via first class mail only)*

Application GRANTED.  The initial pretrial conference scheduled for December 18, 2020, is hereby ADJOURNED to January 14, 2021, at 12:00 p.m.  Pursuant to the Court's Individual Rules of Practice in Civil Cases, the parties are directed to file a joint letter and Proposed Civil Case Management Plan and Scheduling Order on or before Thursday of the week prior to the conference.

Dated:     November 24, 2020
          New York, New York

SO ORDERED.

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE